PEOPLE *v.* INGRAM. Appeal from Recorder's Court of Detroit, Robert J. Colombo, J. Submitted Division 1 July 6, 1971, at Grand Rapids. (Docket No. 10734.) Decided July 30, 1971.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William R. Cahalan*, Prosecuting Attorney, *Dominick R. Carnovale*, Chief, Appellate Department, and *Thomas P. Smith*, Assistant Prosecuting Attorney, for the people.

*Carl Ziemba*, for defendant on appeal.

Before: T. M. BURNS, P. J., and FITZGERALD and HOLBROOK, JJ.

PER CURIAM. Defendant appeals his nonjury conviction and sentence for breaking and entering with intent to commit a larceny contrary to MCLA § 750.110 (Stat Ann 1970 Cum Supp § 28.305). The people have moved to affirm.

Defendant assigns error for the reason that the people failed to endorse a *res gestae* witness. However, the *res gestae* witness became known at trial and defendant did not move for his endorsement. The failure to endorse may not be raised for the first time on appeal. *People* v. *Logan* (1971), 32 Mich App 354; *People* v. *Printess C. Jackson* (1968), 11 Mich App 727; *People* v. *Rimson* (1966), 3 Mich App 713.

Furthermore, the record supports the identification of defendant as the person who committed the crime, and contains ample evi-

dence to support his conviction. Accordingly, defendant's allegation is so unsubstantial that no argument or formal submission is required. Motion to affirm is granted.